**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FIRST CHRISTIAN CHURCH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BROTHERHOOD MUTUAL INSURANCE COMPANY,**<br><br>**Defendant.** | ) | **Case No. CIV-25-1145-G** |

# ORDER

Plaintiff First Christian Church filed a Complaint (Doc. No. 1) raising claims under Oklahoma law against Defendant Brotherhood Mutual Insurance Company. Defendant then filed a Motion to Dismiss (Doc. No. 6), seeking to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff attached to his Response to the Motion to Dismiss (Doc. No. 12) the affidavit of Larry Watson, the senior pastor of First Christian Church. *See* Watson Aff. (Doc. No. 12-6).

Now before the Court is Defendant's Motion to Strike (Doc. No. 14), seeking to strike the Watson Affidavit as improperly filed. Plaintiff has filed a Response in opposition (Doc. No. 15).

Defendant argues that the Watson Affidavit is an improper attempt to supplement Plaintiff's pleading allegations and defeat dismissal. *See* Def.'s Mot. to Strike at 3-5; *Cuervo v. Sorenson*, 112 F.4th 1307, 1312 (10th Cir. 2024) ("Generally, a court may only consider the contents of a complaint when ruling on a motion to dismiss."). Defendant also argues that the affidavit presents legal conclusions alongside the factual assertions. *See*

Def.'s Mot. to Strike at 5-6. Plaintiff objects, asserting that Defendant's Motion to Dismiss should be converted to one for summary judgment and that the statements in the Watson Affidavit are not legal conclusions. *See* Pl.'s Resp. at 1-8 (citing Fed. R. Civ. P. 12(d)).

The Court declines to strike the affidavit at this time. Until the Court rules on Defendant's Motion to Dismiss, it is not yet evident whether the Watson Affidavit properly may be considered for purposes of that ruling. The Court will determine at that time whether and to what extent the Watson Affidavit be considered in that disposition.

CONCLUSION

For the foregoing reasons, Defendant's Motion to Strike (Doc. No. 14) is DENIED.

IT IS SO ORDERED this 18th day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge